# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5382**                                   **September Term, 2024**

**1:09-cv-01972-RC**

**Filed On:** September 24, 2024

Earthworks, et al.,

        Appellants

    v.

United States Department of the Interior, et al.,

        Appellees

**O R D E R**

Upon consideration of the petition for rehearing en banc filed by appellant, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellee file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the en banc court, a reply to the response will not be accepted for filing.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Daniel J. Reidy
       Deputy Clerk