1  KRISTEN K. MAYES, ATTORNEY GENERAL
   DANIEL BERGIN, SBA 012057
2  Section Chief Counsel – Transportation Section
   Daniel.Bergin@azag.gov
3  ADRIENNE WEINKAMER, SBA 024202
4  Assistant Attorney General
   Adrienne.Weinkamer@azag.gov
5  OFFICE OF THE ATTORNEY GENERAL
   2005 N. Central Avenue
6  Phoenix, AZ  85004-2926
   Telephone:   602.542.5025
7  Facsimile:   602.542.4085

8  NOSSAMAN LLP
   ROBERT D. THORNTON (CA 72934)
9  [Appearing *Pro Hac Vice*]
   rthornton@nossaman.com
10 DAVID J. MILLER (CA 274936)
11 [Appearing *Pro Hac Vice*]
   dmiller@nossaman.com
12 SAMANTHA SAVONI (CA 329243)
   [Appearing *Pro Hac Vice*]
13 ssavoni@nossaman.com
   18101 Von Karman Avenue, Suite 1800
14 Irvine, CA 92612
   Telephone:   949.833.7800
15 Facsimile:   949.833.7878

16 Attorneys for Proposed Intervenor-Defendant
17 Arizona Department of Transportation

18
19                    UNITED STATES DISTRICT COURT
                  DISTRICT OF ARIZONA - TUCSON DIVISION
20

21 | COALITION FOR SONORAN DESERT PROTECTION; CENTER FOR BIOLOGICAL DIVERSITY; FRIENDS OF IRONWOOD FOREST; and TUCSON AUDUBON SOCIETY, | Case No:  4:22-cv-193-JCH |
|---|---|
| Plaintiffs, | **NOTICE OF LODGING UPDATED ADMINISTRATIVE RECORD** |
| v. | Date Action Filed: April 21, 2022 |
| FEDERAL HIGHWAY ADMINISTRATION; and KARLA PETTY, acting in her official capacity as DIVISION ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION, | |

NOTICE OF LODGING

62854714.V1

1   ARIZONA,
2                   Defendants,
    and
3
    ARIZONA DEPARTMENT OF
4   TRANSPORTATION,
5            Intervenor-Defendant.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF LODGING
62854714.V1

Intervenor-Defendant Arizona Department of Transportation (ADOT) hereby provides notice that it is lodging with the Court, in electronic format on a flash drive, the updated certified Administrative Record for the above-captioned action.

In addition to this Notice, ADOT is filing via the Court's CM/ECF system the updated index to the Administrative Record documents, Ex. 1.

The updated certified Administrative Record and index include two additional supplemental records requested by Plaintiffs.

ADOT is also sending to the Court, via overnight mail, hard copies of this Notice and its exhibits. The CM/ECF system serves the electronically-filed documents listed above upon Plaintiffs' counsel directly. In addition, ADOT is serving a copy of the Supplemental Administrative Record via a file transfer protocol (FTP) link on all counsel of record by way of email.

Date:   July 17, 2024

Respectfully submitted,

KRISTEN K. MAYES, ATTORNEY GENERAL
DANIEL BERGIN
Section Chief Counsel – Transportation Section
ADRIENNE WEINKAMER
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL

NOSSAMAN LLP

By: *s/ Robert D. Thornton*
      Robert D. Thornton

Attorneys for Proposed Intervenor-Defendant Arizona Department of Transportation

- 1 -
NOTICE OF LODGING

62854714.V1

# CERTIFICATE OF SERVICE

☑   I hereby certify that on July 17, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Wendy Park<br>Justin Augustine<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA  94612<br>Telephone: 510.844.7138<br>wpark@biologicaldiversity.org<br>jaugustine@biologicaldiversity.org | *Attorneys for Plaintiffs*<br>COALITION FOR SONORAN DESERT PROTECTION; CENTER FOR BIOLOGICAL DIVERSITY; FRIENDS OF IRONWOOD FOREST; and TUCSON AUDUBON SOCIETY |
| Edward B. Zukoski<br>Center for Biological Diversity<br>1536 Wynkoop Street, Suite 421<br>Denver, CO  80202<br>Telephone: 303.641.3149<br>tzukoski@biologicaldiversity.org | |
| TODD KIM<br>Assistant Attorney General<br>Environment & Natural Resources Division<br>CHRISTOPHER M. CHELLIS<br>Trial Attorney<br>JOSEPH W. CRUSHAM<br>Trial Attorney<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Ben Franklin Station<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone: 202.305.0245<br>christopher.chellis@usdoj.gov<br>joseph.crusham@usdoj.gov | *Attorneys for Defendants*<br>FEDERAL HIGHWAY ADMINISTRATION; and KARLA PETTY, acting in her official capacity as DIVISION ADMINISTRATOR, FEDERAL HIGHWAY ADMINISTRATION, ARIZONA |

*/s/ Robert D. Thornton*
Robert D. Thornton