# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 20-5382**　　　　　　　　　　　　　**September Term, 2024**

**1:09-cv-01972-RC**

**Filed On:** December 5, 2024

Earthworks, et al.,

    Appellants

  v.

United States Department of the Interior, et al.,

    Appellees

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Ginsburg, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's petition for rehearing en banc, the responses thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Daniel J. Reidy
Deputy Clerk